

*COMPOS MENTIS/CORPUS JURIS GENTIUM/QUANTUM MERUIT/AFFIDAVIT/DICTUM/DOLUS SPECIALIS/EX INJURIA JUS NON ORITUR*



### The Amu'Ra Tribe of Indigenous Native American Moors Republic
*We the Original People of America, Heirs of the Ancestral Estate of The*
*MOROCCAN EMPIRE –North America - 54.5260° N, 105.2551° W; South America - 8.7832° S, 55.4915° W; Central America - 12.7690° N, 85.6024° W.*

<u>*Take Notice and Take Care:*</u>
<u>*Notice to Principal is Notice to Agent*</u>

| | |
|---|---|
| *The People of The Amu'Ra Tribe of Indigenous Native American Moors Republic;*  <br> CHIEF, *Jamal Babatundi Amu'Ra El*  <br> **See Attachment 1-3**            *Plaintiff,* <br><br> *ALL Foreign Agents and Agencies of the* <br> **UNITED STATES CORPORATION COMPANY** <br> *Including the District of Columbia, all of its Municipal* <br> *Territories and all its future successors.* <br> **See Pages** ~~10-14~~ 5 - 8 <br>             **Defendant,** | <u>***Complaint and Request for  Injunction***</u> <br><br> **V.** |

*The Amu'Ra Tribe of Indigenous Native American Moors Republic;*
*Nobles  of the Al Moroccan Empire in their Propria Persona. We are Moor American National's, descendants of*
*Moroccans and born in America, jus sanguinis, jus soli, freehold by inheritance, and primogeniture being:*
*Aboriginal and Indigenous to the American Continent; North, South, Central America and all other American*
*Islands.( see Attachment (A) pg (3) (last para)*

*We, The Amu'Ra Tribe of Indigenous Native American Moors Republic, an Unincorporated Ecclesiastical Body*
*and  Politic without the United States [ REGISTERED# Re 180 142 855 US / 19-0070587] deem it necessary for the*
*survival of our posterity necessary to separate ourselves from the United States Corporation Company and*
*Repatriate back to our inherent State <u>Moroccan Empire /Morocco/Societas Republicae Estados Al*
*Maurikanos.</u>(see attachments(B)) The UNITED STATES Corporation has no Sovereign Authority and is a federal*
*Corporation bankrupt and insolvent affirmed by, <u>"United States Congressional Record, March 17, 1993 Vol. 33,*
*page H-1303".</u> The UNITED STATES is bankrupt and insolvent therefore all actions to compel the People of the*
*Several States are done under a color of Law.*

**I. Basis for Jurisdiction**
   A.   <u>*The basis for Federal Jurisdiction is vested under 28 U.S.C. § 1331.*</u>
      B.   *List of the General Law, federal statutes, federal Treaties and Constitutions that are at issue:*

<u>**Constitution For the United States of America March 4th 1789 – Article 4 Sec. 4**</u> **-** *The United States shall*
*guarantee to every state in this union a republican form of government, and shall protect each of them against*
*invasion; and on application of the legislature, or of the executive (when the legislature cannot be convened)*
*against domestic violence.*

<u>**Constitution For the United States of America March 4th 1789 – Article 6**</u> *- All debts contracted and engagements*
*entered into, before the adoption of this Constitution, shall be as valid against the United States under this*
*Constitution, as under the Confederation.*
*This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties*
*made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and*
*the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary*
*notwithstanding.*
*The Senators and Representatives before mentioned, and the members of the several state legislatures, and all*
*executive and judicial officers, both of the United States and of the several states, shall be bound by oath or*
*affirmation, to support this Constitution; but no religious test shall ever be required as a qualification to any*
*office or public trust under the United States.*

1

 *COMPOS MENTIS/CORPUS JURIS GENTIUM/QUANTUM MERUIT/AFFIDAVIT/DICTUM/DOLUS SPECIALIS/EX INJURIA JUS NON ORITUR*

<u>Constitution For the United States of America March 4ᵗʰ 1789 – Article 3 Sec. 2</u> - *The judicial power shall extend to all cases, in law and equity, arising under this Constitution, the laws of the United States, and treaties made, or which shall be made, under their authority;--to all cases affecting ambassadors, other public ministers and consuls;--to all cases of admiralty and maritime jurisdiction;--to controversies to which the United States shall be a party;--to controversies between two or more states;--between a state and citizens of another state;--between citizens of different states;--between citizens of the same state claiming lands under grants of different states, and between a state, or the citizens thereof, and foreign states, citizens or subjects.*

*In all cases affecting ambassadors, other public ministers and consuls, and those in which a state shall be party, the Supreme Court shall have original jurisdiction. In all the other cases before mentioned, the Supreme Court shall have appellate jurisdiction, both as to law and fact, with such exceptions, and under such regulations as the Congress shall make.*

*The trial of all crimes, except in cases of impeachment, shall be by jury; and such trial shall be held in the state where the said crimes shall have been committed; but when not committed within any state, the trial shall be at such place or places as the Congress may by law have directed.*

<u>Articles of Confederation March 1ˢᵗ 1781 - Article 4</u> – *The better to secure and perpetuate mutual friendship and intercourse among the people of the different States in this Union, the <u>Free Inhabitants</u> of each of these States, paupers, vagabonds, and fugitives from justice excepted, shall be entitled to all <u>privileges and immunities</u> of Free Citizens in the several States; <u>and the people of each State shall have free ingress and regress to and from any other State</u>, and shall enjoy therein all the privileges of trade and commerce, subject to the same duties, impositions and restrictions as the inhabitants thereof respectively, provided that such restrictions shall not extend so far as to prevent the removal of property imported into any State, to any other State of which the owner is an inhabitant; provided also that no imposition, duties, or restriction shall be laid by any State, on the property of the  United States, or either of them.*

*If any person guilty of, or charged with treason, felony, or other high misdemeanor in any State, shall flee from justice, and be found in any of the United States, he shall upon demand of the Governor or Executive power, of the State from which he fled, be delivered up and removed to the State having jurisdiction of his offence.*

<u>Full faith and credit</u> *shall be given in each of these States to the <u>records, acts</u> and <u>judicial proceedings</u> of the courts and magistrates of every other State.*

<u>District of Columbia Organic Act of 1871 Forty First Congress. Session III. Chapter 62 1871</u> - <u>Sec. 17</u> – *And be it further enacted, That the legislative assembly shall not pass special laws in any of the following cases; regulating the practice in courts of justice; regulating the jurisdiction or duties of justices of the peace, police magistrate, or constables; providing for changes of venue in civil or criminal cases, or swearing and impaneling jurors; remitting fines, penalties, or forfeitures; the sale or mortgage of real estate belonging to minors or others under disability; <u>changing the law of descent</u>; increasing or decreasing the fees of public officers during the term for which said officers are elected or appointed; granting to any corporation, association, or individual, any special or exclusive privilege, immunity, or franchise whatsoever. The legislative assembly shall have no power to release or extinguish, in whole or in part, the indebtedness, liability, or obligation of any corporation or individual to the District or to any municipal corporation therein, nor shall the legislative assembly have power to establish any bank of circulation, nor to authorize any company or individual to issue notes for circulation as money or currency. <u>Sec. 20</u> – And be it further enacted, That the said legislative assembly shall not have power to pass any ex post facto law, nor law impairing the obligation of contracts, nor to tax the property of the United States, nor to tax the lands or other property of non-residents higher than the lands or other property of residents; nor shall lands or other property in said district be liable to a higher tax, in any one year, for all general objects, territorial and municipal, than two dollars on every hundred dollars of the cash value thereof; but special taxes may be levied in particular sections, wards, or districts for their particular local improvements; nor shall said territorial government have power to borrow money or issue stock or bonds for any object whatever, unless specially authorized by an act of the legislative assembly, passed by a vote of two thirds of the entire number of the members of each branch thereof, but said debt in no case to exceed five per centum of the assessed value of the property of said District, unless authorized by a vote of the people, as hereinafter [hereinbefore] provided.*

1. *Articles of Confederation - March 1, 1781.*
2. *Treaty of Peace and Friendship with Morocco June 28 and July 15, 1786-1816, 1836 Amendment.*
3. *Treaty of Guadalupe Hidalgo; February 2, 1848.*
4. *Zodiac Constitution - Library of Congress AA 222141 January 3ʳᵈ, 1935.*
5. *USC 28 § 1361 - Action to compel an officer of the United States to perform his duty.*
6. *USC 28 § 3002 15(a) &15(b) - Definitions.*
7. *USC 4 – Flag and Seal, Seat of Government, and the States.*
8. *USC 26 § 508(c) (1) (a) - Special rules with respect to section 501(c) (3) organizations.*
9. *USC 8 § 1481 - Loss of nationality by native-born or naturalized citizen; voluntary action; burden of proof; presumptions.*
10. *USC 15 § 1312 - Civil investigative demands.*
11. *USC 18 § 1203 - Hostage taking.*
12. *USC 18 § 2332(a) - Use of weapons of mass destruction*



*COMPOS MENTIS/CORPUS JURIS GENTIUM/QUANTUM MERUIT/AFFIDAVIT/DICTUM/DOLUS SPECIALIS/EX INJURIA JUS NON ORITUR*

13. USC 18 § 2340 - Definitions.
14. USC 18 § 241 – Conspiracy against rights.
15. USC 18 § 242 – Deprivation of rights under color of law.
16. USC 18 § 1091 - Genocide.
17. USC 18 § 247 - Damage to religious property; obstruction of persons in the free exercise of religious beliefs.
18. Title 22 Chapter 2 141, 142, 143 – Foreign Relations and Intercourse.
19. USC 8 § 1101) – Definitions (3), (14), (15) A - Definitions.
20. Executive Order 13107.
21. 1978 Diplomatic Relations Act - 22 U.S.C. Section 254.
22. 1982 Foreign Missions Act - 22 U.S.C. Sections 4301.
23. United States Statutes at Large Volume 66 stat 238 sec 308.
24. 1933 – Legislative Journal – House – Page 5759, Resolution No. 75.
25. Congress Adjourns Sine Die [without day] - 36th Congress 2nd Session March 27th 1861.

## II. The basis for Diversity of Citizenship is vested under 28 U.S.C. § 1332.

1. Zodiac Constitution - Library of Congress AA 222141 January 3rd, 1935
2. Treaty of Peace and Friendship with Morocco June 28 and July 15 1786-1816, 1836 amendment.
Articles of Confederation March 1st 1781 - Article 4
3. Title 22 Chapter 2 141, 142, 143 – Foreign Relations and Intercourse
4. The Constitution for the United States Republic of North America (1791) - Article 3. Sec 2.
5. USC 8 § 1481 - Loss of nationality by native-born or naturalized citizen; voluntary action; burden of proof; presumptions.
6. Papal Bull Dum Diversas 18 June, 1452.
7. The Bull Romanus Pontifex (Nicholas V) January 8, 1454.
8. The Legal Battle and Spiritual War against the Native People The Bull Inter Caetera (Alexander VI) May 4, 1493.
9. Treaty of Tordesillas - June 7, 1494.
10. Patent Granted by King Henry VII to John Cabot and his Sons - March 5, 1496.
11. The Requerimiento – 1512.
12. The Articles of Confederation of the United Colonies of New England; May 19, 1643.
13. Emergency Banking Act Of 1933, United States Congressional Record, March 17, 1993 Vol. 33, page H-1303(Bankruptcy of the United States).
14. An Act Concerning the District of Columbia) (6th Congress, 2nd Sess., ch. 15, 2 Stat. 103 enacted 1801-02-27.
15. Pope's Civil Orders July 4, 2014.
16. 1st, 2nd, and 3rd International Decade for the Eradication of Colonialism (General Assembly Resolution A/RES/65/119) (2011-2020).
17. 1st, 2nd, and 3rd International Decade for the Eradication of Colonialism (General Assembly Resolution A/RES/65/119) (2011-2020).
18. The Constitution for the United States Republic of North America (1791) - Article 6.
19. The Constitution for the United States Republic of North America (1791) - Article 4. Sec 4.
20. USC 8 § 1481 - Loss of nationality by native-born or naturalized citizen; voluntary action; burden of proof; presumptions.
21. Congress Adjourns Sine Die [without day] - 36th Congress 2nd Session March 27th 1861.

### Bond

– The amount the plaintiff will claim if defendants violate the plaintiff, No more than $75,000.00 for each violation, per person  in Lawful Money via the Bonds  listed below:

A. U.S.C. 18 1091 Genocide – seventyfive thousand dollars in lawful Money, per person, consideration, gold, silver, land and estate.
B. U.S.C. 18 1203 Hostage Taking – seventy five thousand dollars in lawful money, per person, punishable by death, imprisonment for any term of years or life imprisonment.
C. U.S.C. 18 2332a Use of weapons of mass destruction – punishable by death, imprisonment for any term of years or life imprisonment.
D. U.S.C. 18 2340 Definitions - punishable by death, imprisonment for any term of years, life imprisonment and seventy five thousand dollars in Lawful Money per person, consideration, gold, silver, land and estate.
E. U.S.C. 18 241 Conspiracy against Rights – punishable by death, imprisonment for any term of years, life imprisonment and seventy five thousand  dollars in Lawful Money, per person,consideration, gold, silver, land and estate.
F. U.S.C. 18 242 Deprivation of Rights under a color of law – punishable by death, imprisonment for any term of years, life imprisonment and seventy five thousand  dollars in Lawful Money, per person, consideration, gold, silver, land and estate.
G. U.S.C. 18 247 Damage to religious property; obstruction of persons in the free exercise of religious beliefs– punishable by death, imprisonment for any term of years, life imprisonment and seventy five thousand  dollars in Lawful Money, per person, consideration, gold, silver, land and estate.
H. Pope's Civil Orders July 4th, 2014 – punishable by death, imprisonment for any term of years, life imprisonment and seventy five thousand dollars in Lawful Money, per person, consideration, gold, silver, land. estate etc.

## III. Statement of Claim

The fact is, the United States is bankrupt, insolvent and has no Sovereign Authority existing in name only to this  April 1, 2020 –  "Bankrupt" in 1933 and was declared so by President Roosevelt by Executive Orders 6073, 6102, 6111 and by

3

Autochthon Peoples' Documents: Northwest Amexum / Northwest Africa / North America /Amu'Ra Tribe Republic - Continental United States Republic



*COMPOS MENTIS/CORPUS JURIS GENTIUM/QUANTUM MERUIT/AFFIDAVIT/DICTUM/DOLUS SPECIALIS/EX INJURIA JUS NON ORITUR*

*Executive Order 6260 on March 9, 1933, under the "Trading With The Enemy Act" of October 6, 1917, AS AMENDED by the Emergency Banking Relief Act, 48 Stat 1, Public Law No. 1, which is presently codified at 12 USCA 95a and confirmed at 95b. Thereafter, Congress confirmed the bankruptcy on June 5, 1933, and thereupon impaired the obligations and considerations of contracts through the "Joint Resolution To Suspend The Gold Standard And Abrogate The Gold clause, June 5, 1933" (See: HJR-192, 73rd Congress, 1st Session). The Courts were called upon to rule on several of the provisions designed to implement and compliment FDR's Emergency BANKING Relief Act of March 9, 1933.*

### The Bankruptcy of The United States
### United States Congressional Record, March 17, 1993 Vol. 33, page H-1303

*"It is an established fact that the United States Federal Government has been dissolved by the Emergency Banking Act, March 9, 1933, 48 Stat. 1, Public Law 89–719; declared by President Roosevelt, being bankrupt and insolvent. H.J.R. 192, 73rd Congress m session June 5, 1933 - Joint Resolution to Suspend the Gold Standard and Abrogate The Gold Clause dissolved the Sovereign Authority of the United States and the official capacities of all United States Governmental Offices, Officers, and Departments and is further evidence that the United States Federal Government exists today in name only".*

*"Gold and silver were such powerful money during the founding of the United States of America, that the founding fathers declared that only gold or silver coins can be "money" in America. Since gold and silver coinage were heavy and inconvenient for a lot of transactions, they were stored in banks and a claim check was issued as a money substitute. People traded their coupons as money, or "currency." Currency is not money, but a money substitute. Redeemable currency must promise to pay a dollar equivalent in gold or silver money. Federal Reserve Notes (FRNs) make no such promises, and are not "money." A Federal Reserve Note is a debt obligation of the federal United States government, not "money?' The federal United States government and the U.S. Congress were not and have never been authorized by the Constitution for the united states of America to issue currency of any kind, but only lawful money, –gold and silver coin".*

*"There is a fundamental difference between "paying" and "discharging" a debt. To pay a debt, you must pay with value or substance (i.e. gold, silver, barter or a commodity). With FRNs, you can only discharge a debt. You cannot pay a debt with a debt currency system. You cannot service a debt with a currency that has no backing in value or substance. No contract in Common law is valid unless it involves an exchange of "good & valuable consideration." Unpayable debt transfers power and control to the sovereign power structure that has no interest in money, law, equity or justice because they have so much wealth already".*

*"The Federal Reserve System is based on the Canon law and the principles of sovereignty protected in the Constitution and the Bill of Rights. In fact, the international bankers used a "Canon Law Trust" as their model, adding stock and naming it a "Joint Stock Trust." The U.S. Congress had passed a law making it illegal for any legal "person" to duplicate a "Joint Stock Trust" in 1873. The Federal Reserve Act was legislated post-facto (to 1870), although post-facto laws are strictly forbidden by the Constitution. [1:9:3]"*

*"Prior to 1913, most Americans owned clear, allodial title to property, free and clear of any liens or mortgages until the Federal Reserve Act (1913)"*

A. *Take Notice the People's unalienable right to Life, Liberty, Property, Due Process and Just Compensation for private property have been violated in the past; protected by the Treaty of Peace and Friendship 1787, Articles of Confederation 1781, Zodiac Constitution, Bill of Rights and the Constitution for the United States of America 1791.*

B. *Take Notice the People's unalienable right to travel have been violated in the past; protected by the Treaty of Peace and Friendship 1787, Articles of Confederation 1781, Zodiac Constitution, Bill of Rights and the Constitution for the United States of America 1791, se7 Rights*

C. *Take Notice the People's unalienable rights to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, without a warrant signed by a judge stating the probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized have been violated in the past; protected by the Treaty of Peace and Friendship 1787, Articles of Confederation 1781, Zodiac Constitution, Bill of Rights and the Constitution for the United States of America 1791.*

D. *Take Notice that We, The Amu'Ra Tribe of Indigenous Native American Moots Demand the defendants to put the Title of the Plaintiff on THE DO NOT STOP, DO NOT DETAIN LIST FOR NEW YORK., NEW YORK STATE AND ALL OTHER CORPORATE STATES. We, the people of the said tribe reserve and retain all our rights protected by the above set of General Laws. We do not waive any rights; All defendants abide by your oaths to the Constitution, which are in constitutional alignment with the General Laws cited; Nunc pro tunc.*

E. *Take Notice that the Trespass of the unalienable rights of the Plaintiff is a trespass against this state. There is a bond of in Lawful Money, stated above, consideration, gold, silver, land and estates against the Defendants.*

F. *Take Notice the Defendants dependent on the Corporate Jurisdiction of the violators shall be charged seventy five Thousand dollars in Lawful Money, per person, consideration, gold, silver, land and estates per violation on relief for damages for ANY and EVERY action by any Public Official to the Plaintiff.*

G. *Take Notice that this is a Covenant, your failure to answer and rebut this affidavit point for point is tacit acquiescence. you have seventy two hours to respond in writing via affidavit rebutting point for point the facts stated in this Injunction otherwise this Covenant stands as law.*

4

Autochthon Peoples' Documents: Northwest Amexum / Northwest Africa / North America /Amu'Ra Tribe Republic - Continental United States Republic

*COMPOS MENTIS/CORPUS JURIS GENTIUM/QUANTUM MERUIT/AFFIDAVIT/DICTUM/DOLUS SPECIALIS/EX INJURIA JUS NON ORITUR*

**H.** **Take Notice** *that this injunction is to be executed without delay because the general welfare of the Plaintiff is an urgent risk of being damaged/injured by the Defendants and their agents.*

**I.** **Take Notice** *that any foreign persons who claim to have an interest to the Estate that supersedes that of the plaintiff by Hereditaments, Jus Soli and Jus Sanguinus. The Claimant must show and prove it in writing under the Penalty of the Perjury Certified by a Notary Signature stating in common terms that; 'I, Claimant (s) accept the liabilities of the* **'United States Codes Title 18 1091 Genocide'** *upon failure of such Claimant (s) to lawfully show and prove claimant is the Lawful Heir of the Estate.*

## Plaintiffs

CHIEF, Jamal Babatundi Amu'Ra  El –      **347-299-4456**  / *jamalbabatundi@gmail.com*

## Defendant (s)

### UNITED STATES CORPORATION COMPANY 1925
### Including all Foreign Corporate States, Agents, and Agencies, Governmental Offices, Officers, and Departments Subject to the jurisdiction of the District of Columbia.

1. **Donald John Trump** Doing Business As President of the UNITED STATES
2. **Jay Inslee** Doing Business As the Governor of the STATE OF WASHINGTON
3. **Jerry Brown** Doing Business As the Governor of the STATE OF CALIFORNIA
4. **Brian Sandoval** Doing Business As the Governor of the STATE OF NEVADA
5. **Rick Scott** Doing Business As the Governor of the STATE OF FLORIDA
6. **Andrew Cuomo** Doing Business As the Governor of the STATE OF NEW YORK
7. **Greg Abbott** Doing Business As the Governor of the STATE OF TEXAS
8. **Chris Christie** Doing Business As the Governor of the STATE OF NEW JERSEY
9. **Dannel Malloy** Doing Business As the Governor of the STATE OF CONNECTICUT
10. **Doug Ducey** Doing Business As the Governor of the STATE OF ARIZONA
11. **Susana Martinez** Doing Business As the Governor of the STATE OF NEW MEXICO
12. **Gary Herbert** Doing Business As the Governor of the STATE OF UTAH
13. **Kate Brown** Doing Business As the Governor of the STATE OF OREGON
14. **Mary Fallin** Doing Business As the Governor of the STATE OF OKLAHOMA
15. **John Hickenlooper** Doing Business As the Governor of the STATE OF COLORADO
16. **Butch Otter** Doing Business As the Governor of the STATE OF IDAHO
17. **Steve Bullock** Doing Business As the Governor of the STATE OF MONTANA
18. **Matt Mead** Doing Business As the Governor of the STATE OF WYOMING
19. **Pete Ricketts** Doing Business As the Governor of the STATE OF NEBRASKA
20. **Mark Dayton** Doing Business As the Governor of the STATE OF MINNESOTA
21. **Kim Reynolds** Doing Business As the Governor of the STATE OF IOWA

 *COMPOS MENTIS/CORPUS JURIS GENTIUM/QUANTUM MERUIT/AFFIDAVIT/DICTUM/DOLUS SPECIALIS/EX INJURIA JUS NON ORITUR*

22. *Scott Walker* Doing Business As the Governor of the STATE OF WISCONSIN

23. *Eric Greitens* Doing Business As the Governor of the STATE OF MISSOURI

24. *Asa Hutchinson* Doing Business As the Governor of the STATE OF ARKANSAS

25. *Sam Brownback* Doing Business As the Governor of the STATE OF KANSAS

26. *John Bel Edwards* Doing Business As the Governor of the STATE OF LOUISIANA

27. *Bruce Rauner* Doing Business As the Governor of the STATE OF ILLINOIS

28. *Phil Bryant* Doing Business As the Governor of the STATE OF MISSISSIPPI

29. *Kay Ivey* Doing Business As the Governor of the STATE OF ALABAMA

30. *Nathan Deal* Doing Business As the Governor of the STATE OF GEORGIA

31. *Eric Holcomb* Doing Business As the Governor of the STATE OF INDIANA

32. *Bill Haslam* Doing Business As the Governor of the STATE OF TENNESSEE

33. *Matt Bevin* Doing Business As the Governor of the STATE OF KENTUCKY

34. *Rick Snyder* Doing Business As the Governor of the STATE OF MICHIGAN

35. *John Kasich* Doing Business As the Governor of the STATE OF OHIO

36. *Terry McAuliffe* Doing Business As the Governor of the STATE OF VIRGINIA

37. *Larry Hogan* Doing Business As the Governor of the STATE OF MARYLAND

38. *Roy Cooper* Doing Business As the Governor of the STATE OF NORTH CAROLINA

39. *Henry McMaster* Doing Business As the Governor of the STATE OF SOUTH CAROLINA

40. *Tom Wolf* Doing Business As the Governor of the STATE OF PENNSYLVANIA

41. *John C. Carney Jr.* Doing Business As the Governor of the STATE OF DELAWARE

42. *Gina Raimondo* Doing Business As the Governor of the STATE OF RHODE ISLAND

43. *Charlie Baker* Doing Business As the Governor of the STATE OF MASSACHUSETTS

44. *Chris Sununu* Doing Business As the Governor of the STATE OF NEW HAMPSHIRE

45. *Doug Burgum* Doing Business As the Governor of the STATE OF NORTH DAKOTA

46. *Dennis Daugaard* Doing Business As the Governor of the STATE OF SOUTH DAKOTA

47. *Jim Justice* Doing Business As the Governor of the STATE OF WEST VIRGINIA

48. *Paul LePage* Doing Business As the Governor of the STATE OF MAINE

49. *Phil Scott* Doing Business As the Governor of the STATE OF VERMONT

**50.  ALL Foreign Agents and agencies of the UNITED STATES CORPORATION COMPANY including the District of Columbia and all its Subsidiaries . Doing Business on behalf of said Defendants and future successors Doing Business As the Governor of the Corporate STATE i.e. STATE OF NEW YORK.**



*COMPOS MENTIS/CORPUS JURIS GENTIUM/QUANTUM MERUIT/AFFIDAVIT/DICTUM/DOLUS SPECIALIS/EX INJURIA JUS NON ORITUR*

Delaware.gov | Text Only



**Department of State: Division of Corporations**

HOME
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

SERVICES
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service
Survey

INFORMATION
Corporate Forms
Corporate Fees
UCC Forms and Fees
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request
How to Form a New
Business Entity
Certifications, Apostilles

Privacy Policy    Frequently Asked Questions    View Search Results

## Entity Details

THIS IS NOT A STATEMENT OF GOOD STANDING

| | | | |
|---|---|---|---|
| File Number: | 2193946 | Incorporation Date / Formation Date: | 04/19/1989 (mm/dd/yyyy) |
| Entity Name: | UNITED STATES OF AMERICA, INC. | | |
| Entity Kind: | CORPORATION | Entity Type: | NON-PROFIT OR RELIGIOUS |
| Residency: | DOMESTIC | State: | DE |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | THE COMPANY CORPORATION | | |
| Address: | 2711 CENTERVILLE RD STE 400 | | |
| City: | WILMINGTON | County: | NEW CASTLE |
| State: | DE | Postal Code: | 19808 |
| Phone: | (302)636-5440 | | |

This is a **list of U.S. states by date of statehood**. It has the date when each U.S. state joined the Union.

| # | State | Date joined | What it was before becoming a state |
|---|---|---|---|
| 1 | Delaware | Friday, December 7, 1787 ‡ | Lower Counties on Delaware, then sovereign state in Confederation |
| 2 | Pennsylvania | Wednesday, December 12, 1787 ‡ | Province of Pennsylvania, then sovereign state in Confederation |
| 3 | New Jersey | Tuesday, December 18, 1787 ‡ | Province of New Jersey, then sovereign state in Confederation |
| 4 | Georgia | Wednesday, January 2, 1788 ‡ | Province of Georgia, then sovereign state in Confederation |
| 5 | Connecticut | Wednesday, January 9, 1788 ‡ | Connecticut Colony, then sovereign state in Confederation |
| 6 | Massachusetts | Wednesday, February 6, 1788 ‡ | Province of Massachusetts Bay, then sovereign state in Confederation |
| 7 | Maryland | Monday, April 28, 1788 ‡ | Province of Maryland, then sovereign state in Confederation |
| 8 | South Carolina | Friday, May 23, 1788 ‡ | Province of South Carolina, then sovereign state in Confederation |
| 9 | New Hampshire | Saturday, June 21, 1788 ‡ | Province of New Hampshire, then sovereign state in Confederation |
| 10 | Virginia | Wednesday, June 25, 1788 ‡ | Virginia Colony, then sovereign state in Confederation |
| 11 | New York | Saturday, July 26, 1788 ‡ | Province of New York, then sovereign state in Confederation |
| 12 | North Carolina | Saturday, November 21, 1789 ‡ | Province of North Carolina, then sovereign state in Confederation |
| 13 | Rhode Island | Saturday, May 29, 1790 ‡ | Colony of Rhode Island and Providence Plantations, then sovereign state in Confederation |
| 14 | Vermont | Friday, March 4, 1791 | Province of New York and New Hampshire Grants (ownership disputed), Vermont Republic |
| 15 | Kentucky | Friday, June 1, 1792 | Virginia |
| 16 | Tennessee | Wednesday, June 1, 1796 | Province of North Carolina, Southwest Territory |

7

Autochthon Peoples' Documents: Northwest Amexum / Northwest Africa / North America /Amu'Ra Tribe Republic - Continental United States Republic

*COMPOS MENTIS/CORPUS JURIS GENTIUM/QUANTUM MERUIT/AFFIDAVIT/DICTUM/DOLUS SPECIALIS/EX INJURIA JUS NON ORITUR*

| | | | |
|---|---|---|---|
| 17 | Ohio | Tuesday, March 1, 1803* | Northwest Territory |
| 18 | Louisiana | Thursday, April 30, 1812 | Orleans Territory |
| 19 | Indiana | Wednesday, December 11, 1816 | Indiana Territory |
| 20 | Mississippi | Wednesday, December 10, 1817 | Mississippi Territory |
| 21 | Illinois | Thursday, December 3, 1818 | Illinois Territory |
| 22 | Alabama | Tuesday, December 14, 1819 | Alabama Territory |
| 23 | Maine | Wednesday, March 15, 1820 | Massachusetts |
| 24 | Missouri | Friday, August 10, 1821 | Missouri Territory |
| 25 | Arkansas | Wednesday, June 15, 1836 | Arkansas Territory |
| 26 | Michigan | Thursday, January 26, 1837 | Michigan Territory |
| 27 | Florida | Monday, March 3, 1845 | Florida Territory |
| 28 | Texas | Monday, December 29, 1845 | Republic of Texas |
| 29 | Iowa | Monday, December 28, 1846 | Iowa Territory |
| 30 | Wisconsin | Monday, May 29, 1848 | Wisconsin Territory |
| 31 | California | Monday, September 9, 1850 | California Republic Mexican Cession, Alta California |
| 32 | Minnesota | Tuesday, May 11, 1858 | Minnesota Territory |
| 33 | Oregon | Monday, February 14, 1859 | Oregon Territory |
| 34 | Kansas | Tuesday, January 29, 1861 | Kansas Territory |
| 35 | West Virginia | Saturday, June 20, 1863 | Virginia |
| 36 | Nevada | Monday, October 31, 1864 | Nevada Territory |
| 37 | Nebraska | Friday, March 1, 1867 | Nebraska Territory |
| 38 | Colorado | Tuesday, August 1, 1876 | Colorado Territory |
| 39 † | North Dakota | Saturday, November 2, 1889 | Dakota Territory |
| 40 † | South Dakota | Saturday, November 2, 1889 | Dakota Territory |
| 41 | Montana | Friday, November 8, 1889 | Montana Territory |
| 42 | Washington | Monday, November 11, 1889 | part of Oregon Territory, became Washington Territory on March 2, 1853 |
| 43 | Idaho | Thursday, July 3, 1890 | Idaho Territory |
| 44 | Wyoming | Thursday, July 10, 1890 | Wyoming Territory |
| 45 | Utah | Saturday, January 4, 1896 | Utah Territory |
| 46 | Oklahoma | Saturday, November 16, 1907 | Oklahoma Territory & Indian Territory |
| 47 | New Mexico | Saturday, January 6, 1912 | New Mexico Territory |
| 48 | Arizona | Wednesday, February 14, 1912 | Arizona Territory |

*Religion is Law, Law is Government, Government is Family*

**A**ll Rights Reserved Without Prejudice / Recourse; Allodial Claim

*We, declare under the penalty of perjury under the laws of the United States of America, state that the foregoing is true and correct.* Title 28 U.S.Code 1746 Unsworn Declaration.

*April 1, 2020 Without the United States*

Head of state; jamal B. Amu'Ra El          ChairWoman, wisdom A. Amu'Ra El          Secretary of state, Akil Talib Bey

Maatallah Ra El
Minister of Vital Records          Treasury, Martha Ge Ge Amu'Ra El          Al Ghanii Bey
Minister of Trade & Commerce

Minister of Defense, Demar Amu'Ra El

8

# AFFIDAVIT OF WAIVER

## HJR-192 AND PUBLIC LAW 73-10 LAWS

### Public Law: "Chap. 48, 48 Stat. 112" under HJR 192

House Joint Resolution. 73rd Congress. Session 1. Chapters 48& 49. June 5, 6, 1933 H.J.R. 192. 1491 Public Law 1 48 Stat 1confirmed in ~Perry v. U.S. (1935) 294 U.S. 330-381, 79 LEd 912, as well as ~Title 31 United States Code (USC) 5112, 5119 and again 12 USC 95a.

112" under **HJR 192** is that remedy and in part states that the Federal Government will discharge all of our debts, **public** and private, dollar for dollar.

I refer to the federal government's obligation to me as: **"chap. 48, 48 stat. 112", not HJR-192",** The federal government took away my ability to pay a debt with lawful money, but **that doesn't make me a subject of congress** or the **federal government,** and thus, **their resolution does not apply to me.** However, their **obligation to me <u>under their public law</u> does apply to me** because there is insufficient lawful money in general circulation to meet the needs of the people, which includes me.

When the federal government took much of our lawful money out of general circulation in 1933, i.e., gold coins, thus leaving an insufficient amount of lawful money in general circulation to meet the needs of the people, i.e., only silver coins remaining, the congress was **required** to give the people a remedy. **Public Law: "Chap. 48, 48 stat. 112" is the remedy.** It states, " the federal government will pay my debts, dollar for dollar.

The state went into **suspension** because the federal government involuntarily forced the state to pay its officers, judges, employees, etc with something other than gold and silver coin, which was required by the state **CONSTITUTION ARTICLE 1 SEC 10 CLAUSE 1.** This "something other gold and silver coin" was nothing more than "fiat" money, or script, backed by nothing but the labor of the people. Thus , Constitutionally, the states could no longer function in a **de jure capacity** , because it no longer had the ability to pay its debt in the form mandated by its Constitution, i.e., contract with the people.

In light, of the above **Public Law: "Chap. 48, 48 Stat. 112" under HJR 192,** i Jamal Babatundi Amu"Ra El -TRUSTEE, of the TRUS,  ask the court to move on behalf of the stated laws for the plaintiff to: waive all fees, debts, charges etc.

**435065**          **2019 Aug 16 AM08:23**

## UCC FINANCING STATEMENT
FOLLOW  INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Jamal Babatundi Amu'Ra El / 347-299-4456

B. SEND ACKNOWLEDGMENT TO:  (Name and Address)

Amu'Ra El, Jamal Babatundi El
c/o 166 ATKINS AVENUE, first floor
near, BROOKLYN, NY [11208], USA

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| | | | | |
|---|---|---|---|---|
| 1a. ORGANIZATION'S NAME  **AMU'RA TRIBE OF INDIGENOUS NATIVE AMERICAN MOORS REPUBLIC** | | | | |

OR

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS  **c/o 166 Atkins avenue, first floor** | CITY  **Brooklyn** | STATE **NY** | POSTAL CODE **11208** | COUNTRY **USA** |
|---|---|---|---|---|

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION **TRUST** | 1f. JURISDICTION OF ORGANIZATION **Moroccan Empire** | 1g. ORGANIZATIONAL ID #, if any **PRIVATE** | □ NONE |
|---|---|---|---|---|---|

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| | | | | |
|---|---|---|---|---|
| 2a. ORGANIZATION'S NAME | | | | |

OR

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | □ NONE |
|---|---|---|---|---|---|

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| | | | | |
|---|---|---|---|---|
| 3a. ORGANIZATION'S NAME | | | | |

OR

| 3b. INDIVIDUAL'S LAST NAME  **Amu'Ra El** | FIRST NAME  **Jamal** | MIDDLE NAME  **Babatundi** | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS  **c/o 166 Atkins avenue, first floor** | CITY  **Brooklyn** | STATE **NY** | POSTAL CODE **[11208]** | COUNTRY **USA** |
|---|---|---|---|---|

4. This FINANCING STATEMENT covers the following collateral:
**This is a constructive notice; Let it be known; that the said Trust; THE AMU'RA TRIBE OF INDIGENOUS NATIVE AMERICAN MOORS REPUBLIC and all it's property therein shall be controlled by the secured party. All property of the said trust shall be Expressed in a notarized affidavit, all property in said trust belongs to the trust and not to the UNITED STATES or its CORPORATIONS / COMPANIES or any other PERSON. The trust is governed by the Laws of Treaty; the treaty of peace and friendship between the United States Of America and Morocco 1786 ratified 1836 and the United States Republic Constitution.**

| 5. ALTERNATIVE DESIGNATION [if applicable]: | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|

| 6. □ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.   Attach Addendum | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | All Debtors | Debtor 1 | Debtor 2 |
|---|---|---|---|---|

8. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

**Filing Number-201908168370140**

RECEIPT

## SUFFOLK COUNTY CLERK
### Judith A. Pascale
### County Clerk
### Date: 1/8/2019 12:03:35PM

**Receipt Number: 19-0003945**

**Payor: JAMAL BABATUNDI AMURA EL**

**Fees:**

| | | |
|---|---|---|
| CERTIFIED COPIES | 1 | 5.00 |
| TOTAL FEE | 1 | 5.00 |

**Payments:**

| Cash | 5.00 |
|---|---|
| Check | |

**Comments: 0,N,N,,MISC,1/8/2019**

1.



## TREATY OF PEACE AND FRIENDSHIP
## BETWEEN UNITED STATES OF AMERICA
## AND MOROCCO 1786 RATIFIED 1836
## ALSO CALLED
## THE TREATY OF AMITY AND COMMERCE

THE TREATY OF PEACE AND FRIENDSHIP BETWEEN UNITED STATES OF AMERICA AND MOROCCO 1786 RATIFIED 1836, ALSO KNOWN AS THE TREATY OF AMITY AND COMMERCE,

### PARTIES

THE PARTIES TO THE SAID TREATY ARE; THE UNITED STATES OF AMERICA FOUNDED ON JULY 4, 1776[ MINISTERS PLENIPOTENTIARY; JOHN ADAMS, BENJAMIN FRANKLIN, AND THOMAS JEFFERSON] AND THE MOROCCAN EMPIRE [HIS MAJESTY MOHAMMED IBN ABDULLAH-SULTAN],

### CLARIFICATION: UNITED STATES OF AMERICA V.  UNITED  STATES

THE UNITED STATES OF AMERICA 1776 AND ITS DE JURE GOVERNMENT OF EUROPEANS WERE THE TRUE PEOPLE WHO WAS RECOGNIZED BY MOROCCO AS BEING A NATION, AND MAKING TREATY RELATIONS WITH THE MOROCCAN EMPIRE, IT WAS NOT THE UNITED STATES, THE UNITED STATES DID NOT HAVE ANY TREATY RELATIONS WITH THE MOROCCAN EMPIRE. IN FEBRUARY 21, 1871 UNITED STATES OF AMERICA INCORPORATED WITH THE DISTRICT OF COLUMBIA AND BECAME AN ANOMALY DE*FAC*TO CORPORATION GOVERNMENT **PURSUANT TO:** [ TITLE 28 U.S. CODE 3002 (15)]

### CLARIFICATION: MOROCCAN EMPIRE  V. MOROCCAN KINGDOM

IN THE ARTICLE OF THE TREATY OF AMITY AND COMMERCE, IT SPEAKS OF THE EMPIRE OF MOROCCO, DOMINIONS AND MOORS. THE SAID TREATY WAS ESTABLISHED IN 1786. THE MOROCCAN KINGDOM GAINED THEIR INDEPENDENCE IN 1956, CLEARLY, THE LATER WAS NOT IN EXISTENCE, NOR WAS THEY IN ANY POWER TO RECOGNIZE ANY PEOPLE AS A NATION OR FORM TREATIES, BECAUSE THE SO CALLED MOROCCAN KINGDOM WAS UNDER THE FRENCH PROTECTORATE. IN 1786 THE NOW MOROCCAN KINGDOM WAS CALLED MARRAKESH AND NOT THE EMPIRE OF MOROCCO **PURSUANT TO:** [ *TREATY OF PEACE AND FRIENDSHIP BETWEEN UNITED STATES OF AMERICA AND MOROCCO 1786 RATIFIED 1836, BARBARY TREATIES, LETTER FROM GEORGE WASHINGTON TO MUHAMMED IBN ABDULLAH-SULTAN OF MOROCCO CITY OF NEW YORK DECEMBER 1, 1789*]

### CLARIFICATION: MOORS  V. MOROCCANS

WITHIN THE SAID TREATY, IT SPEAK OF *MOORS* AND NOT MOROCCANS, THE INTERCOURSE WITH THE CHRISTIANS NATIONS AND THE *MOORS*.

AGAINST ANY FALSE ACCUSATIONS FROM ANY AGENT, EMPLOYEE, OFFICIAL, PERSONS, ENTITIES, CORPORATIONS, MEN, WOMEN AND CHILDREN OF THE UNITED STATES, NOT LIMITED TO ANY OTHER FOREIGN OR DOMESTIC JURISDICTION.

I, *JAMAL BABATUNDI AMU'RA EL*, A DESCENDANT OF MOROCCANS AND BORN IN AMERICA, DO ACCEPT THIS DOCUMENT AS TRUTH AND THE JURISDICTION THEREOF SO SHALL IT BE.

seal

**JAMAL BABATUNDI AMU'RA EL**

**NOTARY**

**COUNTRY:** _____

County of Suffolk, STATE OF New York

Sworn before me on this
8 Day of January 2019

Gina Roberto
Notary Public, State of New York
No. 01RO6366349 Suffolk County
Term Expires October 30, 2021

4

# COUNTY CLERK'S OFFICE
## STATE OF NEW YORK
### COUNTY OF SUFFOLK

I,  JUDITH A. PASCALE, Clerk of the County of Suffolk and  the  Court

of Record thereof do hereby certify that I have  compared the annexed  with  the  original

**MISCELLANEOUS**

filed in my office on   **01/08/2019**

and, that the same  is  a  true  copy  thereof, and of the whole of such original.

In Testimony Whereof, I have hereunto set my hand and affixed the seal of said County
and Court this  **1/8/2019**

SUFFOLK  COUNTY  CLERK

*Judith A. Pascale*

JUDITH A. PASCALE

**SEAL**

5

ATT 1-3

United States of America

## *State of New York*
## *Department of State*

**It is hereby certified,** *that* **Milton Adair Tingling** *was Clerk of County of* **New York** *in the State of New York,*

*and Clerk of the Supreme Court therein, being a Court of Record, on the day of the date of the annexed*

*certificate, and duly authorized to grant same; that the seal affixed to said certificate is the seal of said County*

*and Court; that the attestation thereof of said Clerk is in due form and executed by the proper officer; and that*

*full faith and credit may and ought to be given to said Clerk's official acts.*

**In Testimony Whereof,** *the Department of State Seal*
*is hereunto affixed.*

*Witness my hand at the city of New York*

*this 29th day of March Two Thousand and Nineteen*



Whitney A. Clark
*Deputy Secretary of State for Business and Licensing Services*

*1216018*
*210CC(REV. 09 25 12)*



**MOORISH EMPIRE
NATIONAL FLAG**



**MOORS GREAT SEAL**



**AMU'RA MOORS
TRIBE FLAG**

### NATIONALITY, NAME CORRECTION AND DECLARATION,

### RELIGION PROCLAMATION AND PUBLICATION

### *AFFIDAVIT*

COUNTRY: MOROCCO [ NORTH AMERICA]
STATE: MOROCCAN EMPIRE [ NEAR, NEW YORK]
COUNTY: MOORISH DOMINIONS [NEAR, SUFFOLK]

I, Jamal Babatundi Amu'Ra El, BEING DULY AFFIRMED, STANDING SQUARELY,
DECLARE AND PROCLAIM, UPON DIVINE LAW, NATURES LAW, UNIVERSAL LAW,
MOORISH BIRTHRIGHTS, INTERNATIONAL LAWS, TREATY LAW AND
CONSTITUTIONAL DECLARE AND SAY;

### NATIONALITY

**I, am** Jamal Babatundi Amu'Ra El, A NOBLE OF THE AL MOROCCAN EMPIRE (
NORTH AMERICA) IN PROPRIA PERSONA ( MY OWN SELF) BEING: A **MOOR
AMERICAN NATIONAL** A DESCENDANT OF THE ANCIENT MOABITE NATION /
MOORS BY JUS SANGUINIS, JUS SOLI, FREEHOLD BY INHERITANCE, AND
PRIMOGENITURE BEING: **ABORIGINAL** AND **INDIGENOUS** TO THE AMERICAN
CONTINENT; NORTH AMERICA, SOUTH AMERICA, CENTRAL AMERICA AND ALL
AMERICAN ISLANDS OF MY ANCIENT MOABITE MOORISH FORE-MOTHERS AND
FORE-FATHERS, LAND OF THE MOORS.

### U.S.C. TITLE 8 ALIENS & NATIONALITY 1101 (15)(a1)(e)

I, Jamal Babatundi Amu'Ra El, IS AN ALIEN, NON-RESIDENT, NON-CITIZEN OF THE
UNITED STATES OR ANY FOREIGN OR DOMESTIC CORPORATION, COMPANY,
STATE, CITY, MUNICIPALITY OR TERRITORY, I DO NOT LIVE IN ANY CORPORATE
ZONES, ADDRESSES, AREA CODES, ETC OF THE UNITES STATES OR ITS COMPANIES

OR CORPORATIONS AND THEIR JURISDICTION; I AM A NON-IMMIGRANT TO THE AMERICAN CONTINENT; NORTH, SOUTH, CENTRAL AMERICA.

## NAME CORRECTION

I, Jamal Babatundi Amu'Ra El, BEING PREVIOUS IDENTIFIED BY THE UNION STATE SOCIETY OF NORTH AMERICA; UNITED STATES AND ITS COMPANY, CORPORATIONS, ETC, UNDER THE COLORABLE WARD-SHIP ENS LEGIS NAME JAMAL WILSON AND ALL DERIVATIVES, I AM NOT A **BLACK MAN, NEGRO, COLORED, AFRICAN AMERICAN, ETC.** I DO HEREBY REFUTE, REBUT, REJECT, AND DENOUNCE THE FRAUD CORPORATELY CREATED ENS LEGIS NAMED JAMAL WILSON AND ALL DERIVATIVES AND ALL SLAVE NAMES AND MARKS.

## RELIGION

**ALLAH,** THE FATHER OF THE UNIVERSE, FATHER OF **LOVE, TRUTH, PEACE, FREEDOM AND JUSTICE, ALLAH** IS MY PROTECTOR, MY GUIDE AND MY SALVATION BY NIGHT AND BY DAY THROUGH HIS HOLY PROPHET NOBLE DREW ALI AMEN.

MY RELIGION IS ISLAMISM; WHICH IS THE DOCTRINE AND PRACTICE OF ISLAM. ISLAM MEANS PEACE AND SUBMISSION TO ALLAH.

PROPHET, NOBLE DREW ALI IS MY PROPHET AND I AM THE MOORISH HOLY TEMPLE OF SCIENCE, I AM A MOSLEM.

MY HOLY BOOKS ARE: THE MOORISH HOLY KORAN (7), THE HOLY QURAN OF MECCA IN WHICH I GOVERN SELF.

FRIDAY IS MY HOLY DAY OF REST, BECAUSE ON A FRIDAY THE FIRST MAN WAS FORMED IN FLESH AND ON A FRIDAY THE FIRST MAN DEPARTED OUT OF FLESH AND ASCENDED UNTO HIS FATHER GOD **ALLAH,** FOR THAT CAUSE FRIDAY IS THE HOLY DAY FOR ALL MOSLEMS ALL OVER THE WORLD.

## GOVERNING LAWS

**: TREATY OF PEACE AND FRIENDSHIP BETWEEN UNITED STATES OF AMERICA AND MOROCCO 1787 RATIFIED 1836,**

**: FREE MOORISH-AMERICAN ZODIAC CONSTITUTION**

# COUNTY CLERK'S OFFICE
## STATE OF NEW YORK
### COUNTY OF SUFFOLK

I,  JUDITH A. PASCALE, Clerk of the County of Suffolk and  the  Court of Record thereof do hereby certify that I have  compared the annexed  with  the  original **MISCELLANEOUS** filed in my office on  **02/19/2019** and, that the same  is  a  true  copy  thereof, and of the whole of such original.

In Testimony Whereof, I have hereunto set my hand and affixed the seal of said County and Court this  **2/19/2019**

SUFFOLK  COUNTY  CLERK

*Judith A. Pascale*

JUDITH A. PASCALE

**SEAL**

: UNITED STATES REPUBLIC-DEPARTMENT OF JUSTICE: MOORISH AMERICAN CREDENTIALS: AA 222141-TRUTH A-1

: RESOLUTION NUMBER SEVENTY-FIVE (75): DATED APRIL 17, 1933 A.D. (MOORISH AMERICAN SOCIETY OF PHILADELPHIA)

: UNITED NATION RIGHTS OF INDIGENOUS PEOPLES

: UNIVERSAL DECLARATION OF HUMAN RIGHTS-UNITED NATIONS-HUMAN RIGHTS (ARTICLE FIFTEEN 15)

## PROCLAMATION AND PUBLICATION

I, Jamal Babatundi Amu'Ra El, DO PROCLAIM, CLAIM AND MAKE PUBLIC THE STATED TRUTHS ABOVE FOR THE RECORD, THIS DOCUMENT SHALL STAND AS PROOF AGAINST ANY FALSE ACCUSATIONS FROM ANY AGENTS, EMPLOYEES, OFFICIALS, CITIZENS FROM THE UNITED STATE OR ITS FOREIGN COMPANIES, CORPORATIONS, ENTITIES AND THEIR JURISDICTION.

## ATTESTMENT

I, Jamal Babatundi Amu'Ra El, DO ATTEST AND DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA, THAT THE ABOVE IS TRUE AND CORRECT. TITLE 28 U.S. CODE 1746

_Noble Nkil Talih Bey_          _Jama B. Amora El_

**WITNESS**                          Jamal Babatundi Amu'Ra El

**NOTARY**

Uniform Form Certificate of Acknowledgment

State of New York
County of SOFFOLK

On the 19 day of February in the year 2019 before me, the
undersigned, personally appeared

Jamal Babatendi Amura EL

personally known to me or proved to me on the basis of satisfactory
evidence to be the individual (s) whose name (s) is/are subscribed to the
within instrument and acknowledged to me that he/she/they executed the
same in his/her/their capacity (ies), and that by his/her/their signature (s)
on the instrument, the individual (s), or the person upon behalf of which the
individual (s) acted, executed the instrument

Pauline Mary Jenkins
Notary Public

PAULINE MARY JENKINS
NOTARY PUBLIC, State of New York
No. 01JE6157327
Qualified in Suffolk County
Commission Expires December 04, 2022.

ATT, B

## County Clerk

**Date: 4/10/2019  10:30:48AM**

**Receipt Number: 19-0070587**

**Payor: JAMAL BABATUNDI AMURA EL**

**Fees:**

|  | | |
|---|---|---|
| CERTIFIED COPIES | 2 | 10.00 |
| TOTAL FEE | 1 | 10.00 |
| CERTIFIED COPIES | 3 | 26.25 |
| TOTAL FEE | 1 | 26.25 |
| CERTIFIED COPIES | 3 | 15.00 |
| TOTAL FEE | 1 | 15.00 |

**Payments:**

| Cash | 51.25 |
|---|---|
| Check | |
| | |

**Comments: 0,N,N,,,4/10/2019**

  

**INCORPORATE AN UNINCORPORATED RELIGIOUS, BODY POLITIC, AND CORPORATE SOCIETY**

UNITED NATION DECLARATION ON THE RIGHTS OF INDIGENOUS PEOPLE: ARTICLES 1,2,3,4,5,6, 14 [ INDIGENOUS PEOPLES RIGHTS TO ORGANIZE AND CONTROL THEIR EDUCATIONAL SYSTEMS AND INSTITUTIONS]

*THE*

*AMU'RA TRIBE*

*OF*

*INDIGENOUS NATIVE AMERICAN*

*MOORS REPUBLIC*

**WE**, THE UNDERSIGNED, *ALL BEING FLESH AND BLOOD BEINGS, IN PROPRIA PERSONA (ONE'S SELF), OF FULL AGE, ALIENS, NON-RESIDENT, NON-CITIZENS/MEMBERS OF THE UNITED STATES OR ITS COMPANIES/CORPORATIONS. WE ARE NON-IMMIGRANT; INDIGENOUS NATIONALS OF NORTH, SOUTH, CENTRAL AMERICA AND THE AMERICAN ISLANDS,*

**THE PURPOSE OF THIS UNINCORPORATED SOCIETY:**

**FIRST: A MEETING OF THE MINDS WAS DULY CALLED ON JANUARY 1, 2019, THE CONCERNS OF OUR PRIVATE TRIBAL WAY OF LIFE, AND HOW SHOULD THE TRIBE AS A WHOLE OPPERATE IN THE PUBLIC.**

**SECOND: AT SAID MEETING, IT WAS AGREED UPON THAT: TRUSTEE**, *Wisdom Anaya Amu'Ra El* **and TRUSTEE**, *Akil Talib Bey*, **SHALL PRESIDE AS TRUSTEES FOR THE SAID SOCIETY.**

**THIRD: INCORPORATOR: HEAD OF STATE,** *JAMAL BABATUNDI AMU'RA EL*

**FOURTH: PHYSICAL ADDRESS/MAILING ADDRESS: c/o 166 ATKINS AVENUE FIRST FLOOR, NEAR, BROOKLYN NEW YORK REPUBLIC NON-DOMESTIC [11208]**

**FIFTH: AT THIS MEETING, IT WAS DULY DECIDED THAT THE SAID; RELIGIOUS, BODY POLITIC AND CORPORATE SOCIETY SHOULD INCORPORATE TO BE RECOGNIZED AS A LEGAL ENTITY.**

**SIXTH: THE NAME OF THE PURPOSED RELIGIOUS, BODY POLITIC AND CORPORATE SOCIETY:** *THE AMU'RA TRIBE OF INDIGENOUS NATIVE AMERICAN MOORS REPUBLIC.*

**SEVENTH: THE PURPOSE OF WHICH THE UNINCORPORATED SOCIETY IS FORMED AS FOLLOWED:**

**TO ORGANIZE, TO ESTABLISH A RELIGIOUS, BODY POLITIC AND CORPORATE SOCIETY, TO PROTECT THE INDIGENOUS RIGHTS OF ALL TRIBAL MEMBERS/CITIZENS OF THIS SAID SOCIETY FROM OPPRESSION, TO EDUCATE OUR TRIBE MEMBERS/CITIZENS OUR STORY WHICH PRE-DATES HIS-STORY, TO PRACTICE AND EXERCISE OUR RELIGIOUS CEREMONIES, RITUALS,**

# COUNTY CLERK'S OFFICE
## STATE OF NEW YORK
### COUNTY OF SUFFOLK

I,  JUDITH A. PASCALE, Clerk of the County of Suffolk and  the  Court of Record thereof do hereby certify that I have  compared the annexed with  the  original **MISCELLANEOUS** filed in my office on  **04/10/2019** and, that the same  is  a  true  copy  thereof, and of the whole of such original.

In Testimony Whereof, I have hereunto set my hand and affixed the seal of said County and Court this **4/10/2019** .

SUFFOLK  COUNTY  CLERK

*Judith A. Pascale*

JUDITH A. PASCALE

SEAL

CULTURE, CUSTOMS, MEDICINES AND TRADITIONS, TO CONTRACT IN TRADE AND COMMERCE WITH OTHER SOCIETIES, NATIONS, GOVERNMENTS, CORPORATIONS, ETC, TO HOLD AND CONTROL REAL AND PERSONAL PROPERTY THROUGH (TRUST), TO RECEIVE DONATIONS AND TO GIVE DONATIONS, TO CREATE RULES AND REGULATIONS, TO BUY OR RECEIVE LAND/EARTH, TO BUILD EDUCATIONAL CENTERS ON THE LAND, TO HOLD SEMINARS, CONVENTIONS AND OTHER EDUCATIONAL EVENTS, TO ANOINT, APPOINT AND CONSECRATE MINISTERS, CONSULS, GOVERNORS, SHEIKS, ETC, TO CREATE CREDENTIALS AND DOCUMENTS FOR ITS TRIBE MEMBERS/CITIZENS,

EIGHTH: *EXTERNAL GOVERNING LAWS: AMERICAN DECLARATION ON THE RIGHTS OF INDIGENOUS PEOPLES, TREATY OF PEACE AND FRIENDSHIP BETWEEN UNITED STATES OF AMERICA AND MOROCCO 1787 RATIFIED 1836, MOORISH ZODIAC CONSTITUTION, UNITED STATES OF AMERICA REPUBLIC CONSTITUTION ARTICLE I SEC 10 CONTRACT CLAUSE, ARTICLE III AND ARTICLE VI*

NINETH: JURISDICTION: ALL TRIBE MEMBERS/CITIZENS, SHALL BE UNDER THE JURISDICTION OF THIS SOCIETY, IN WHICH THIS SAID SOCIETY OPERATES IN AND ON THE NAME OF THEIR ANCESTRAL STATE [THE MOROCCAN EMPIRE STATE] THROUGH A WRITTEN AGREEMENT AND SEALED BY HEAD OF STATE, AND SUBJECT TO ITS RULES AND REGULATIONS.

### ATTESTMENT

WE, THE REAL FLESH AND BLOOD BREATHING MEN/WOMEN NON-FICTIONAL ENTITY, NATURAL BEING BORN OF AN ABORIGINAL/INDIGENOUS NATURAL MOTHER DO ATTEST AND DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA, THAT THE FOREGOING IS TRUE AND CORRECT, TITLE 28 U.S. CODE 1746

Akil Talib Bey

**TRUSTEE**

Jamal Babatundi Amu'Ra El

**HEAD OF STATE**

### GREAT SEAL OF THE MOORISH
### NATION

### NOTARY

Sworn before me on this
10 Day of April 2019

Gina Roberto
Notary Public, State of New York
No. 01RO6366349 Suffolk County
Term Expires October 30, 2021

Retail

...AGE PAID

**$7.75**

Origin: 11208
04/16/20
3508840335-32

SS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE
POSTAGE REQUIRED

### PRIORITY MAIL 1-DAY ®

0 Lb 5.80 Oz

**1006**

EXPECTED DELIVERY DAY: 04/17/20

C014

SHIP
TO:
500 PEARL ST
NEW YORK NY 10007-1316

### USPS TRACKING®NUMBER



9505 5150 2492 0107 1535 34

▪ Date of

▪ USPS T
internati

▪ Limited international insurance.
▪ Pick up available.*
▪ Order supplies online.*
▪ When used internationally, a customs
declaration label may be required.

 * Domestic only

FROM: Jamal Babatundi AMURGEC
℅ 166 ATKINS AVE, Apt 1 FLOOR
NEAR BROOKLYN, NEW YORK, [11208]
Non-Domestic ℅ UNITED STATES

To schedule free
Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**TO:**

U.S. DISTRIC COURT
SOUTHERN DISTRIC
~~~~ ~~~~ NEW YORK
500 PEARL ST
NEW YORK, NY 10007

This envelope is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments.
Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; October 2018; All rights reserved.

P S 0 0 0 0 1 0 0 0 0 1 4

EP14F Oct 2018
OD: 12 1/2 x 9 1/2



 ✻ Domestic only.    ✕ For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.