UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE PEOPLE OF THE AMU'RA TRIBE OF
INDIGENOUS NATIVE AMERICAN
MOORS REPUBLIC,

                 Plaintiff,

-against-

ALL FOREIGN AGENTS AND AGENCIES
OF THE UNITED STATES CORPORATION
COMPANY, *including the District of
Columbia, all of its municipal territories and
its future successors*, et al.,

                 Defendants.

20-CV-3222 (LLS)

CIVIL JUDGMENT

---

    Pursuant to the order issued September 23, 2020, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i).

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   September 24, 2020
            New York, New York

                                                  *Louis L. Stanton*
                                                  Louis L. Stanton
                                                      U.S.D.J.